# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 1233

VERSUS

PATRICK R. JOHNSON                                    **FEBRUARY 5, 2021**

---

In Re:    Patrick R. Johnson, applying for supervisory writs,
          21st Judicial District Court, Parish of Tangipahoa,
          Nos. 1901157 & 1901621.

---

**BEFORE:    THERIOT, HOLDRIDGE, AND HESTER, JJ.**

    **WRIT DENIED.**

                              **MRT**
                              **GH**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
          FOR THE COURT